# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Monte J. L., | Civil No. 20-cv-1756 (MJD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

This matter is before the Court on the parties' motions for summary judgment (Doc. Nos. 16 and 18), and the Report and Recommendation of the Magistrate Judge (Doc. No. 20). No party has objected to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, and in consideration of the applicable law, the Court will adopt the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 16) is **DENIED**;

    and

2. Defendant's Motion for Summary Judgment (Doc. No. 18) is

    **GRANTED**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  February 16, 2022          s/Michael J. Davis
                                  Michael J. Davis
                                  United States District Court